IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. GOOCH and DORIS M. PARTEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:18-cv-01257-STA-jay ) |
| TERRY JONES, et al., | ) ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING PLAINTIFF DORIS M. PARTEE**

On May 30, 2019, United States Magistrate Judge Jon A. York entered his Report and Recommendation on Plaintiff Doris M. Partee's failure to respond to the Court's Order to Show Cause (ECF No. 8) and her failure to prosecute. (ECF No. 10.) Plaintiffs have not filed objections to the Report and Recommendation. The Court reviewed the Complaint (ECF No. 1), Magistrate Judge York's Order requiring Plaintiff Doris M. Partee to "submit a properly completed application to proceed *in forma pauperis* or pay the civil filing fee" (ECF No. 7), the Magistrate Judge's Order to Show Cause (ECF No. 8), and the Magistrate Judge's Report and Recommendation (ECF No. 10). The Court agrees with the conclusion of the Magistrate Judge. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(3). Consistent with the Report and Recommendation, Plaintiff Doris M. Partee is **DISMISSED** from this case pursuant to Federal Rule of Civil Procedure 41(b), leaving Anthony L. Gooch as the sole Plaintiff in this case.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 18, 2019