IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. GOOCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cv-01257-STA-jay |
| TERRY JONES, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT

On June 21, 2019, United States Magistrate Judge Jon A. York entered his Report and Recommendation on Plaintiff's[1] Complaint. (ECF No. 12.) Plaintiff has not filed objections to the Report and Recommendation. Having reviewed the Complaint and the Magistrate Judge's Report and Recommendation, the Court agrees with Magistrate Judge York's conclusion. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(3). Consistent with the Report and Recommendation, the Complaint is **DISMISSED** in its entirety, pursuant to 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: July 12, 2019

---

[1] Because the Court dismissed Plaintiff Partee from this action (ECF No. 11), Anthony Gooch is the only remaining plaintiff.