---

| | |
|---|---|
| ANTHONY L. GOOCH, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| TERRY JONES, ET AL., | CASE NO: 18-1257-STA-jay |
|     Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation Dismissing Plaintiff's Complaint entered on July 12, 2019, this complaint is DISMISSED in its entirety, pursuant to 28 U.S.C.§ 1915(e)(2) and Federal Rule of Civil Procedure 12(b)(6).

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/12/2019**

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By)  Deputy Clerk